IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| CHARITY MARIE STOAKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:20-CV-00013-FDW-DSC |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Having considered Plaintiff's Motion for Attorney's Fees and any response thereto, and with Defendant's agreement, it is hereby **ORDERED** that Plaintiff is awarded attorney's fees under the Equal Access to Justice Act in the amount of $6,800.00. Additionally, Plaintiff shall be paid $400.00 in costs from the Judgment Fund by the U.S. Department of the Treasury pursuant to 28 U.S.C. §2412(a)(1). Pursuant to Comm'r of Soc. Sec. v. Ratliff, 130 S. Ct. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the Government will exercise its discretion and honor an assignment of EAJA fees and pay the awarded fees and costs directly to Plaintiff's counsel. All checks made pursuant to this Order shall be mailed to 11450 Bustleton Avenue, Philadelphia, Pennsylvania 19116.

**SO ORDERED**.  Signed: February 22, 2021

David S. Cayer
United States Magistrate Judge